IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01906-CMA-CBS

ROBERT SCHWARTZ,

    Applicant,

v.

PAMELA PLOUGHE, Warden of C.T.C.F.,

    Respondent.

**ORDER AFFIRMING AND ADOPTING MARCH 17, 2011 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the March 17, 2011 Recommendation of United States Magistrate Judge Craig B. Shaffer that Robert Schwartz's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. # 3) be denied. (Doc. # 20.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 15 at 4.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir.1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress

intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).

The Court has reviewed all the relevant pleadings, *i.e.*, the Application, its supplement, the response, and the Recommendation. (Docs. ## 3, 4, 13, and 15.) Based on this review, the Court concludes that the Magistrate Judge's analysis and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, IT IS ORDERED THAT:

(1) The March 17, 2011 Recommendation of the United States Magistrate Judge (Doc. # 30) is AFFIRMED and ADOPTED;

(2) Robert Schwartz's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed August 11, 2009 (Doc. # 3) is DENIED; and

(3) This civil action is DISMISSED WITH PREJUDICE.

DATED: April __14__, 2011

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge